**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Alejandro Carrizales Avila,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:26-CV-561-ADA-SH** |
| | § | |
| **Pamela Bondi in her official capacity as** | § | |
| **U.S. Attorney General, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <ins>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</ins>

Before the Court is Petitioner Alejandro Carrizales Avila,'s ("Petitioner") Amended Petition for Writ of Habeas Corpus under 26 U.S.C. § 2241, filed on March 19, 2026. Dkt. No. 6. Petitioner received a bond redetermination hearing wherein the Immigration Judge denied bond. *Id.* ¶ 22. Petitioner argues it was an unconstitutional bond hearing, and seeks habeas relief to redress alleged constitutional violations. *See id.* Respondents filed their response to the Amended Petition on March 26, 2026. Dkt. No. 10. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's Petition for Writ of Habeas Corpus should be denied.

The Fifth Circuit has rejected Petitioner's statutory argument in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. 166 F.4th 494 (5th Cir. 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225 rather than § 1226.

The Court has likewise denied similar habeas relief on constitutional grounds, as well as challenges brought under the Administrative Procedure Act. *See Hernandez v. Collins, et al.*, No.

1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026). The Court incorporates by reference its prior analysis denying habeas relief in *Hernandez.* For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. No. 6) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on April 7, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE